1
2
3
4
5
6
7
8                   **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  AVINASH KASIRAM,                    )  Case No.: 1:13-cv-01284-AWI-JLT HC
                                         )
12              Petitioner,              )  ORDER REVOKING IN FORMA PAUPERIS
                                         )  STATUS
13        v.                             )
                                         )
14  ERIC HOLDER, Attorney General,      )  ORDER DIRECTING CLERK OF THE COURT TO
                                         )  NOTIFY THE NINTH CIRCUIT
15              Respondent.              )
    _____)
16

17        Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas

18  corpus pursuant to 28 U.S.C. § 2241.

19                             **PROCEDURAL HISTORY**

20        The instant petition was filed on August 14, 2013, challenging the Bureau of Prisons' failure to

21  initiate preparations for Petitioner's removal in light of his upcoming release from federal custody.

22  (Doc. 1).  On August 22, 2013, after conducting a preliminary screening of the petition, the Court

23  issued Findings and Recommendations that the petition be dismissed for lack of jurisdiction.  (Doc. 4).

24  On August 25, 2013, the Court granted in forma pauperis status to Petitioner.  (Doc. 5).  On November

25  15, 2013, the District Judge adopted the Magistrate Judge's Findings and Recommendations, entered

26  judgment, and close the case.  (Docs. 8 & 9).  Petitioner thereafter filed a notice of appeal to the Ninth

27  Circuit.  (Doc. 10).  On December 2, 2013, the Ninth Circuit referred the case back to this Court to

28  determine whether in forma pauperis status should be continued on appeal, or whether it should be

                                        1

1  revoked because the appeal is frivolous.  (Doc. 13).

2        After careful consideration, the Court concludes that the latter disposition is appropriate.  The

3  Court's Findings and Recommendations went to great lengths to explain the multiple legal bases on

4  which the Court concluded that it lacked jurisdiction to consider the instant habeas petition.  In

5  particular, the Court found Petitioner was not challenging the fact or duration of his confinement.

6  Instead, as a person subject to deportation, he was contemplating that once he completed his current

7  prison term, he would be forced to begin the process of removal from this country.  In this proceeding,

8  he sought an order requiring the Attorney General to begin these proceedings so that they would be

9  completed prior to the completion of his prison sentence in order to minimize the amount of time he

10  would remain in the custody of Immigration and Customs Enforcement before removal.  Given this

11  analysis, the Court continues to conclude that habeas jurisdiction is absent, and any appeal from the

12  order dismissing this case is frivolous.  28 U.S.C. § 1915(a)(3).

13        Accordingly, it is HEREBY ORDERED as follows:

14      1.    Petitioner's in forma pauperis status, granted originally on August 26, 2013, is

15          HEREBY REVOKED;

16      2.    The Clerk of the Court is HEREBY DIRECTED to notify the Ninth Circuit of this

17          ruling.

18

19  IT IS SO ORDERED.

20  Dated:  __**December 6, 2013**__      ____**/s/ Jennifer L. Thurston**

21                                UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28